UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08-CR-33-MHT |
| | ) | |
| ANQWUAN LAMAR OSBORNE | ) | |

**O R D E R**

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc.#4), filed February 15, 2008, and for good cause shown, it is

**ORDERED** that the motion is **GRANTED**. The Clerk of this Court is hereby **DIRECTED** to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Alabama Department of Corrections, Donaldson Correctional Facility, Bessemer, AL, commanding them to deliver the said prisoner, ANQWUAN LAMAR OSBORNE (AIS# 236450), to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10:30 a.m. on February 27, 2008, and to return said prisoner, to said official when the Court has finished with him.

DONE this 15th day of February, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE