IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:08cr33-MHT |
| | ) | |
| ANQWUAN LAMAR OSBORNE | ) | |

**ORDER**

Although the defendant is represented by counsel, on March 20, 2008, he mailed to the court a pro se pleading regarding discovery provided by the United States. The court does not accept pleadings filed by pro se by a defendant represented by counsel. Accordingly, the Clerk of the Court is DIRECTED to scan the document and attach it to this order, provide a copy to counsel, and return the original pleading to the defendant.

Done this 25th, day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE