IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. No: 2:08cr33-MHT |
| | ) | (ex parte) |
| ANQWUAN LAMAR OSBORNE | ) | |

## **ORDER**

    Pending before the Court is an *ex parte Motion to Quash Subpoena* (Doc. 24, filed June 4, 2008) involving the Defendant and the Alabama Department of Youth Services. For good cause, it is **ORDERED** that these parties shall convene for an *ex parte* hearing on the motion on **June 12, 2008 at 2:00 p.m.** The hearing shall be held in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

    DONE this 5th day of June 2008.

                                                    /s/ Terry F. Moorer
                                                    TERRY F. MOORER
                                                    UNITED STATES MAGISTRATE JUDGE