IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. No: 2:08cr33-MHT |
| | ) | |
| ANQWUAN LAMAR OSBORNE | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the Defendant, **ANQWUAN LAMAR OSBORNE**, by Undersigned Counsel, Donnie W. Bethel, and respectfully moves the Court for an Order continuing the sentencing hearing in this case. In support of this Motion, the Defendant would show the following:

1. The sentencing hearing is currently scheduled for July 3, 2008.

2. On May 29, 2008, Mr. Osborne filed an Ex Parte Motions for Subpoeanas Duces Tecum. The subpoena sought all of Mr. Osborne's records held by Montgomery Juvenile Court.

3. On May 30, 2008, the Magistrate Judge granted the Motion.

4. On June 4, 2008, the Alabama Department of Youth Services (hereinafter DYS) filed a Motion to Quash Subpoena.

5. On June 12, 2008, the Magistrate Judge conducted a hearing on the Motion to Quash. At the hearing, counsel for DYS presented no federal authority whatsoever to support its motion. The Magistrate Judge gave DYS until June 16, 2008, to file a brief in support of its

motion, which DYS did.

6.     On June 17, 2008, the Magistrate Judge issued an order, which granted in part and denied in part the Motion to Quash.  The Magistrate Judge provided no legal authority for granting in part the Motion to Quash.

7.     Mr. Osborne has now decided to appeal to this Court the Magistrate Judge's order, and requests a continuance of the sentencing hearing to allow sufficient time to resolve this issue.

8.     A continuance of the sentencing hearing in this case would serve the ends of justice.

9.     The United States, through Assistant United States Attorney Verne Speirs, does not oppose this request.

**WHEREFORE**, for the reasons set forth above**,** the Defendant moves this Court to issue an Order continuing the sentencing hearing in this case from July 3, 2008.

Dated this 27th day of June, 2008.

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail:don_bethel@fd.org
    IN Bar Code: 14773-49

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. No: 2:08cr33-MHT |
| | ) | |
| ANQWUAN LAMAR OSBORNE | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Verne H. Speirs, Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49