IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:08CR033-MHT |
| | ) | |
| ANQWUAN LAMAR OSBORNE | ) | |

MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL PURSUANT TO
§ 3E1.1(b), UNITED STATES SENTENCING GUIDELINES
(ACCEPTANCE OF RESPONSIBILITY)

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1)

level defendant's offense level based on defendant's acceptance of responsibility.  As grounds for

this motion, the United States avers as follows:

1.  On February 12, 2008, the United States filed a two count indictment charging Defendant

with unlawful possession of a firearm and simple possession of controlled substances.

2.  On April 25, 2008, Defendant pleaded guilty to the indictment.

3.  Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the

United States makes this formal motion for a one-level reduction in defendant's offense level for

acceptance of responsibility,  such that the total reduction in offense level for defendant's acceptance

of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this motion be GRANTED.

Respectfully submitted this the 1st day of July, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280
334-223-7135 Fax
verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08CR033-MHT |
| | ) | |
| ANQWUAN LAMAR OSBORNE | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to Donnie Bethel.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280
334-223-7135 Fax
verne.speirs@usdoj.gov