IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:08cr33-MHT |
| ANQWUAN LAMAR OSBORNE | ) | |

<u>ORDER</u>

It is ORDERED as follows:

(1) Defendant Anqwuan Lamar Osborne's motion to continue sentencing (Doc. No. 30) is granted.

(2) Sentencing for defendant Osborne, now set for July 3, 2008, is reset for July 31, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 1st day of July, 2008.

                                       /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE