IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. No: 2:08cr33-MHT |
| | ) | |
| ANQWUAN LAMAR OSBORNE | ) | |

## MOTION TO WITHDRAW APPEAL OF MAGISTRATE JUDGE'S ORDER

**COMES NOW** the Defendant, **ANQWUAN LAMAR OSBORNE**, by Undersigned Counsel, Donnie W. Bethel, and moves to withdraw his appeal to the District Judge of the Magistrate Judge's Order that granted in part the Motion to Quash Subpoena filed by the Alabama Department of Youth Services (DYS).

Dated this 7th day of July, 2008.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| V. ) | CR. No: 2:08cr33-MHT |
| ) | |
| **ANQWUAN LAMAR OSBORNE** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Verne H. Speirs, Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49