IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 2:08-cr-33-MHT |
| | ) | |
| ANQWUAN LAMAR OSBORNE | ) | |

## ORDER

Pending before the Court are Defendant's *Motion to Withdraw Appeal of Magistrate Judge's Order* (Doc. 34, filed 7/7/08) and Defendant's *Motion for Reconsideration of the Magistrate Judge's Order Granting in Part the Motion to Quash Subpoena* (Doc. 35, filed July 7, 2008). For good cause shown, the Court **GRANTS** both motions and **ORDERS** the following:

The Alabama Department of Youth Services is directed to provide, **under seal**, all documents in its possession which relate to Defendant, for *in camera* review by the Court. The documents shall be provided no later than close of business on **Tuesday, July 8, 2008.**

DONE this 8th day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE