IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No. 2:08-cr-33-MHT |
| | ) | |
| ANQWUAN LAMAR OSBORNE | ) | |

## ORDER

It is hereby **ORDERED** that a telephonic conference is set on the *Motion for Reconsideration of Magistrate Judge's Order Granting in Part the Motion to Quash Subpoena* (Doc. 35, filed July 7, 2008). The telephonic conference shall be set for **July 11, 2008 at 2:00 p.m.** Because it is Defendant's motion, defense counsel shall initiate the call with the Department of Youth Services and then contact chambers. As the Government is not a party to this motion or the underlying motion, it shall not be part of the conference.

DONE this 10th day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE