IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. No: 2:08cr33-MHT |
| | ) | |
| ANQWUAN LAMAR OSBORNE | ) | |

## SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the Defendant, **ANQWUAN LAMAR OSBORNE**, by Undersigned Counsel, Donnie W. Bethel, and moves the Court for an order continuing the sentencing hearing in this case. In support of this Motion, the Defendant would show the following:

1. On May 29, 2008, Mr. Osborne filed an Ex Parte Motion for Subpoenas Duces Tecum. The subpoena sought all of Mr. Osborne's records held by the Montgomery Juvenile Court.

2. On May 30, 2008, the Magistrate Judge granted that Motion.

3. On June 4, 2008, the Department of Youth Services (DYS) filed a Motion to Quash Subpoena. .

4. On June 12, 2008, the Magistrate Judge conducted a hearing on the Motion.

5. On June 17, 2008, the Magistrate Judge issued an order, which granted in part and denied in part the Motion to Quash. The Magistrate Judge ordered DYS to produce Mr. Osborne's juvenile court and police records, but quashed the subpoena as to other DYS records.

6.     On June 27, 2008, Mr. Osborne filed a Motion to Continue Sentencing Hearing, which hearing was then set for July 3, 2008, so that he could file a motion asking the Magistrate Judge to reconsider his Order that granted, in part, DYS's Motion to Quash. This Court then continued the sentencing hearing to July 31, 2008.

7.     On July 7, 2008, Mr. Osborne filed his motion asking the Magistrate Judge to reconsider his earlier Order granting in part DYS's Motion to Quash.

8.     On July 18, 2008, the Magistrate Judge amended his earlier Order and ordered DYS to produce all of Mr. Osborne's juvenile records by July 22, 2008. Mr. Osborne received these records on July 24, 2008, which records exceed 300 pages.

9.     A cursory review of these records reveals information that may be useful to Mr. Osborne at his sentencing hearing and which requires further investigation.

10.    A continuance will serve the ends of justice by allowing Mr. Osborne sufficient time to thoroughly review his DYS records and to conduct further investigation to obtain helpful information that would tend to mitigate the sentence that this Court will adjudge.

11.    The United States, through Verne H. Speirs, Assistant United States Attorney, does not oppose this Motion.

**WHEREFORE**, for the reasons set forth above, the Mr. Osborne moves this Court to grant his Second Unopposed Motion to Continue Sentencing Hearing.

Dated this 28th day of July, 2008.

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: don_bethel@fd.org
    IN Bar Code: 14773-49

### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **V.** ) | **CR. No: 2:08cr33-MHT** |
| ) | |
| **ANQWUAN LAMAR OSBORNE** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Verne H. Speirs, Assistant U. S. Attorney.

        Respectfully submitted,

        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail:don_bethel@fd.org
        IN Bar Code: 14773-49