IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:08cr33-MHT |
| ANQWUAN LAMAR OSBORNE | ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant Anqwuan Lamar Osborne's motion to continue sentencing (Doc. No. 40) is granted.

(2) Sentencing for defendant Osborne, now set for July 31, 2008, is reset for September 4, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 29th day of July, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE